No. 71–6342. WALTON v. VIRGINIA, 408 U. S. 925;

No. 71–6344. QUATTRUCCI v. UNITED STATES, 406 U. S. 960;

No. 71–6391. FREEMAN v. UNITED STATES, 406 U. S. 975;

No. 71–6400. NASH v. AMERADA HESS CORP. ET AL., 406 U. S. 948;

No. 71–6418. KRIKMANIS v. WHITE, MAYOR OF BOSTON, ET AL., 406 U. S. 961;

No. 71–6443. CLARK v. JOHNSON ET AL., 407 U. S. 913;

No. 71–6452. ECKERT v. CITY OF PHILADELPHIA, PENNSYLVANIA, ET AL., 406 U. S. 970;

No. 71–6474. ERWING v. UNITED STATES, 407 U. S. 922;

No. 71–6519. BLAUNER v. UNITED STATES, 407 U. S. 920;

No. 71–6538. HUCKABAY v. WOODMANSEE, JUDGE, ET AL., 407 U. S. 926;

No. 71–6573. GERARDI v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL., 407 U. S. 919;

No. 71–6578. PILLIS ET AL. v. GOVERNOR OF VIRGINIA ET AL., 407 U. S. 923;

No. 71–6600. IN RE WAYLAND, 407 U. S. 924; and

No. 71–6630. PILLIS ET AL. v. STATE BOARD OF ELECTIONS ET AL., 408 U. S. 927. Petitions for rehearing denied.

No. 68–5008. MILLER v. MARYLAND, 408 U. S. 934;

No. 69–5013. MEFFORD v. WARDEN, MARYLAND PENITENTIARY, 408 U. S. 935;

No. 69–5025. KELBACH ET AL. v. UTAH, 408 U. S. 935; and

No. 70–5046. JOHNSON v. MARYLAND, 408 U. S. 937. Motions for leave to file petitions for rehearing denied.